Date: 03/30/11

DIVIDENDS REMITTED TO THE COURT

Check Number 1012 Dated 03/30/11

Case Number 09-36342 - LARSON, HEIDI HELEN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000006 | 214.33 | 3.77 |
| ---------- Remittance Total --------------- | | 214.33 | 3.77 |

_____
CHARLES W. RIES, Trustee

RECEIVED 11 MAR 31 AM 10:39 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1

Printed: 03/30/11 08:33 AM    Ver: 16.01c